## IN THE UNITED STATES BANKRUPTCY COURT
### Western District of Kentucky

| | |
|---|---|
| **In the Matter of**: | }<br>} Case No. 18-30848 |
| James A. Wells | }<br>} Chapter 13 |
| | } |
| **Debtor** | } |

### AMENDED ORDER OF CONFIRMATION

This matter having come before the Court upon the Motion of the Debtor, and this Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that the Debtor's Motion is **GRANTED,** and that the Order of Confirmation entered on April 26, 2018, is hereby amended to increase the claim of Freedom Mortgage Corporation, Bankruptcy Department, 10500 Kincaid Drive, Suite 300, Fishers IN 46037, from the amount of $0.00 at 0% interest to the amount of $1,674.15 at 0% interest.

**IT IS FURTHER ORDERED** that the Debtor's Motion is **GRANTED,** and that the Order of Confirmation entered on April 26, 2018, is hereby amended to reflect that the Army & Force Exchange Services (claim no. 6) shall be paid outside the plan, direct by the Debtor.

A copy of this Order is mailed to the Debtor, Counsel for Debtor, the Trustee and to all scheduled creditors and parties in interest.

Submitted by:

Julie Ann O'Bryan
Counsel for Debtor
1717 Alliant Ave. Ste. 17
Louisville, KY 40299
Phone: (502) 339-0222
Fax: (502) 339-0046
rebecca@obryanlawoffices.com

_____
Alan C. Stout
United States Bankruptcy Judge
Dated: November 1, 2018